

**STEIN | SAKS, PLLC**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/19/2023
```

YAAKOV SAKS ▲ ■ *
JUDAH STEIN ▲ ■
ELIYAHU BABAD ▲ ■
MARK ROZENBERG ■
KENNETH WILLARD ▲ ■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

April 19, 2023

**MEMO ENDORSED**

<u>Via CM/ECF</u>
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York

RE:   *Zinnamon v. Satya Jewelry II, LLC*
      <u>Case No.: 1:23-cv-00781-VEC</u>

Dear Judge Caproni:

We represent the Plaintiff in the above-referenced matter, and write to request an extension of seven days to respond to the Court's Order to Show Cause of April 18, 2023. The current due date is April 21, and the new due date would be April 28, 2023.

Plaintiff's counsel needs this additional time to research and address the issues raised in the Order.

This is the first such request in this matter.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By: Mark Rozenberg, Esq.

---

The Court will grant Plaintiff an extension until **April 24, 2023**. Plaintiff has not adequately demonstrated the need for a one-week extension to address basic legal issues in an area of law with which he should be well familiar.

SO ORDERED.

*[Signature]* 04/19/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE