```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/05/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WARREN ZINNAMON, on behalf of himself and :
all others similarly situated,                              :
                                                            :
                                                            :
                              Plaintiff,                    :
              -against-                                     :      23-CV-0781(VEC)
                                                            :
                                                            :      ORDER
SATYA JEWELRY II, LLC,                                      :
                                                            :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that Plaintiff's counsel is advised that on June 5, 2024, the Court received an *ex parte* letter from a nonparty stating that Mr. Rozenberg has continued to file complaints that patently fail adequately to allege standing in violation of the Court's Order dated April 28, 2023 ("Order"). Dkt. 12. The Court has advised the applicant that the Court will not receive *ex parte* communications regarding this matter and that any accusations that Mr. Rozenberg or Stein Saks, PLLC has violated the Court's Order must be filed on this docket and must allege specifically what filing in what case has violated the Court's Order.

**SO ORDERED.**

**Date: June 5, 2024**
        **VALERIE CAPRONI**
      **New York, New York**
        **United States District Judge**