```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
WARREN ZINNAMON, on behalf of himself and  :
all others similarly situated,                              :
                                                            :
                                                            :
                                    Plaintiff,              :
                    -against-                               :      23-CV-0781(VEC)
                                                            :
                                                            :           ORDER
SATYA JEWELRY II, LLC,                                      :
                                                            :
                                                            :
                                    Defendant.              :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/24/2024

VALERIE CAPRONI, United States District Judge:

WHEREAS the Undersigned sanctioned Mark Rozenberg and Stein Saks, PLLC ("Stein Saks") for repeatedly filing complaints that failed patently to allege standing by Order dated April 28, 2023 ("Order"), Dkt. 12; and

WHERAS in that Order, the Court fined Mr. Rozenberg and Stein Saks $1,000, and further stated that the obligation to pay the fine would be abrogated if they did not file another complaint that obviously fails adequately to allege standing, *id*.;

WHEREAS on June 5, 2024, the Court received an *ex parte* letter from nonparty Mark Goldberg stating that Mr. Rozenberg has continued to file complaints that patently fail adequately to allege standing in violation of the Order;

WHEREAS on June 5, 2024, the Court advised the parties that it had received the letter, and further notified Mr. Goldberg that any accusations that Mr. Rozenberg or Stein Saks, PLLC has violated the Court's Order must be filed on this docket and must allege specifically what filing in what case has violated the Court's Order, Dkt. 13;

1

WHEREAS on June 24, 2024, Mark Goldberg and Michael Arnstein filed letters in this case asking the Undersigned to hold Mr. Rozenberg and Stein Saks in contempt for violating the Order, Dkt. 14; and

WHEREAS Mr. Goldberg and Mr. Arnstein failed to comply with the Court's direction to specify in what filing in what case Mr. Rozenberg or Stein Saks, PLLC failed adequately to allege standing.

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to STRIKE the letters at Dkt. 14 for failing to specify in what filing in what case Plaintiff's counsel violated the Undersigned's Order. Mr. Goldberg and Mr. Arnstein are admonished that this case is not the forum to carry out their personal vendetta against Mr. Rozenberg and Stein Saks, PLLC.

**SO ORDERED.**

Date:  June 24, 2024
        New York, New York

**VALERIE CAPRONI**
**United States District Judge**