```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WARREN ZINNAMON, on behalf of himself and  :
all others similarly situated,             :
                                           :
                                           :
                     Plaintiff,            :
           -against-                       :        23-CV-0781(VEC)
                                           :
                                           :           ORDER
SATYA JEWELRY II, LLC,                     :
                                           :
                                           :
                     Defendant.            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/26/2024

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that pursuant to the Order at Dkt. 16, the Clerk of Court is respectfully directed to STRIKE the filings at Dkt. 15.

**SO ORDERED.**

Date: June 26, 2024
      New York, New York

                                      **VALERIE CAPRONI**
                                      **United States District Judge**

1